HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MARTIN GUZMAN-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-CR-000371 JAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA AND JUDGMENT AND SENTENCING HEARING |
| v. | |
| MARTIN GUZMAN-MARTINEZ, | |
| Defendant. | DATE: February 4, 2014<br>TIME: 9:45 a.m.<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Assistant U.S. Attorney NIRAV DESAI and defendant MARTIN GUZMAN-MARTINEZ by and through his counsel Assistant Federal Defender BENJAMIN GALLOWAY, that the status conference set for January 7, 2013 be vacated and a change of plea/judgment and sentencing hearing be set for February 4, 2014 at 9:45 a.m.

The reason for this continuance, is to allow defense counsel additional time to negotiate a resolution in this case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

-1-

1   Speedy trial time is to be excluded from the date of this order through the date of the
2   change of plea/judgment and sentencing hearing set for February 4, 2014, pursuant to 18 U.S.C.
3   § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 19, 2013                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MARTIN GUZMAN-MARTINEZ

DATED: December 19, 2013                    BENJAMIN B. WAGNER
United States Attorney

*/s/ Benjamin Galloway for*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 7,

/ / /
/ / /
/ / /

1  2013 status conference shall be continued for a change of plea/judgment and sentencing hearing
2  on February 4, 2014, at 9:45 a.m.
3  DATED:       December 19, 2013
4                                                    /s/ John A. Mendez
                                                  UNITED STATES DISTRICT COURT JUDGE